FILED: November 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2229
(1:23-cv-00734-WO-JEP)

_____

ANITA S. EARLS

   Plaintiff - Appellant

v.

NORTH CAROLINA JUDICIAL STANDARDS COMMISSION; THE HONORABLE CHRIS DILLON, in his official capacity as Chair of the North Carolina Judicial Standards Commission; THE HONORABLE DAWN M. LAYTON, Member of the North Carolina Judicial Standards Commission, in her official capacity; THE HONORABLE JAMES H. FAISON, III, Member of the North Carolina Judicial Standards Commission, in his official capacity; THE HONORABLE TERESA VINCENT, Member of the North Carolina Judicial Standards Commission, in her official capacity; MICHAEL CROWELL, Member of the North Carolina Judicial Standards Commission, in his official capacity; MICHAEL T. GRACE, Member of the North Carolina Judicial Standards Commission, in his official capacity; THE HONORABLE JEFFREY K. CARPENTER, in his official capacity As Vice Chair of the North Carolina Judicial Standards Commission; THE HONORABLE JEFFERY B. FOSTER, Member of the North Carolina Judicial Standards Commission, in his official capacity; ALLISON MULLINS, Member of the North Carolina Judicial Standards Commission, in her official capacity; LONNIE M. PLAYER, JR., Member of the North Carolina Judicial Standards Commission, in his official capacity; JOHN M. CHECK, Member of the North Carolina Judicial Standards Commission, in his official capacity; TALECE Y. HUNTER, Member of the North Carolina Judicial Standards Commission, in her official capacity; DONALD L. PORTER, Member of the North Carolina Judicial Standards Commission, in his official capacity; RONALD L. SMITH, Member of the North Carolina Judicial Standards Commission, in his official capacity

Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Case Number | 1:23-cv-00734-WO-JEP |
| Date notice of appeal filed in originating court: | 11/27/2023 |
| Appellant(s) | Anita S. Earls |
| Appellate Case Number | 23-2229 |
| Case Manager | Rachel Phillips<br>804-916-2702 |