FILED: December 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2229
(1:23-cv-00734-WO-JEP)

_____

ANITA S. EARLS

      Plaintiff - Appellant

v.

NORTH CAROLINA JUDICIAL STANDARDS COMMISSION; THE HONORABLE CHRIS DILLON, in his official capacity as Chair of the North Carolina Judicial Standards Commission; THE HONORABLE DAWN M. LAYTON, Member of the North Carolina Judicial Standards Commission, in her official capacity; THE HONORABLE JAMES H. FAISON, III, Member of the North Carolina Judicial Standards Commission, in his official capacity; THE HONORABLE TERESA VINCENT, Member of the North Carolina Judicial Standards Commission, in her official capacity; MICHAEL CROWELL, Member of the North Carolina Judicial Standards Commission, in his official capacity; MICHAEL T. GRACE, Member of the North Carolina Judicial Standards Commission, in his official capacity; THE HONORABLE JEFFREY K. CARPENTER, in his official capacity As Vice Chair of the North Carolina Judicial Standards Commission; THE HONORABLE JEFFERY B. FOSTER, Member of the North Carolina Judicial Standards Commission, in his official capacity; ALLISON MULLINS, Member of the North Carolina Judicial Standards Commission, in her official capacity; LONNIE M. PLAYER, JR., Member of the North Carolina Judicial Standards Commission, in his official capacity; JOHN M. CHECK, Member of the North Carolina Judicial Standards Commission, in his official capacity; TALECE Y. HUNTER, Member of the North Carolina Judicial Standards Commission, in her official capacity; DONALD L. PORTER, Member

of the North Carolina Judicial Standards Commission, in his official capacity; RONALD L. SMITH, Member of the North Carolina Judicial Standards Commission, in his official capacity

    Defendants - Appellees

―――――――――――――

O R D E R

―――――――――――――

Upon consideration of submissions relative to appellant's motion for injunction pending appeal, the court denies the motion.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Rushing. Judge King dissents from the court's order.

    For the Court

    /s/ Nwamaka Anowi, Clerk