FILED:  January 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────────

No. 23-2229
(1:23-cv-00734-WO-JEP)

───────────────────

ANITA S. EARLS

Plaintiff - Appellant

v.

NORTH CAROLINA JUDICIAL STANDARDS COMMISSION; THE
HONORABLE CHRIS DILLON, in his official capacity as Chair of the North
Carolina Judicial Standards Commission; THE HONORABLE DAWN M.
LAYTON, Member of the North Carolina Judicial Standards Commission, in her
official capacity; THE HONORABLE JAMES H. FAISON, III, Member of the
North Carolina Judicial Standards Commission, in his official capacity; THE
HONORABLE TERESA VINCENT, Member of the North Carolina Judicial
Standards Commission, in her official capacity; MICHAEL CROWELL, Member
of the North Carolina Judicial Standards Commission, in his official capacity;
MICHAEL T. GRACE, Member of the North Carolina Judicial Standards
Commission, in his official capacity; THE HONORABLE JEFFREY K.
CARPENTER, in his official capacity As Vice Chair of the North Carolina
Judicial Standards Commission; THE HONORABLE JEFFERY B. FOSTER,
Member of the North Carolina Judicial Standards Commission, in his official
capacity; ALLISON MULLINS, Member of the North Carolina Judicial Standards
Commission, in her official capacity; LONNIE M. PLAYER, JR., Member of the
North Carolina Judicial Standards Commission, in his official capacity; JOHN M.
CHECK, Member of the North Carolina Judicial Standards Commission, in his
official capacity; TALECE Y. HUNTER, Member of the North Carolina Judicial
Standards Commission, in her official capacity; DONALD L. PORTER, Member
of the North Carolina Judicial Standards Commission, in his official capacity;
RONALD L. SMITH, Member of the North Carolina Judicial Standards
Commission, in his official capacity

Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk